BNDWM,CLOSED

# U.S. District Court
# Southern District of Florida (Ft Pierce)
# CRIMINAL DOCKET FOR CASE #: **2:21−mj−00058−WM** All Defendants

Case title: USA v. Ramirez

Date Filed: 08/12/2021

Other court case number: 4:21−cr−36−ACW Florida Northern

Date Terminated: 08/12/2021

Assigned to: Magistrate Judge William Matthewman

**Defendant (1)**

| | |
|---|---|
| **Nicholas Carl Ramirez**<br>*TERMINATED: 08/12/2021* | represented by **William James Cone , Jr.**<br>514 SE 7th Street<br>Fort Lauderdale, FL 33301<br>954−764−0570<br>Fax: 764−3215<br>Email: billcone22@aol.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Removal of Indictment to Florida Northern − 18: 1349, 1344, 1028(a)(1) | |

**Plaintiff**

**USA** represented by **Diana Margarita Acosta**
United States Attorney's Office
101 South U.S. Hwy 1
Suite 3100
Fort Pierce, FL 34950
772–293–0981
Fax: 772–466–1020
Email: diana.acosta@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/12/2021 | 1 | | Magistrate Removal of Indictment from Florida Northern Case number in the other District 4:21–cr–36–ACW as to Nicholas Carl Ramirez (1). (kza) (Entered: 08/12/2021) |
| 08/12/2021 | 2 | | PAPERLESS Minute Order for proceedings held before Magistrate Judge William Matthewman: The Hearing was held by Zoom video conference with all parties. **Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings** as to Nicholas Carl Ramirez held on 8/12/2021. The Court advised the defendant of the charges, possible maximum penalties and his rights. William Cone will file a Notice of Permanent Appearance. The Defendant waived his physical appearance in the courtroom and appeared by video from the Fort Pierce U.S. Marshal's cell block. The Court found the hearing cannot be further delayed without serious harm to the interests of justice due to the Covid–19 pandemic, the Cares Act and Chief Judge's Administrative Orders. The Court approved defendant's waiver of presence and found the Defendant's consent to appear by video knowing and voluntary. Date of Surrender: 8/12/2021. **Bond Hearing** as to Nicholas Carl Ramirez held on 8/12/2021. Bond set at $150,000 PSB, to be cosigned by Defendant's father, Brandon Mosley. The Defendant waived the Removal Hearing. Waiver form to be executed by Defendant's attorney with Defendant express permission. Order of Removal to be signed by the Court. Total time in court: 27 minutes. Attorney Appearance(s): AUSA Diana Margarita Acosta, William Cone. Attorney added: William James Cone, Jr for Nicholas Carl Ramirez. (Digital 11:14:19/12:30:45) Signed by Magistrate Judge William Matthewman on 8/12/2021. (kza) (Entered: 08/12/2021) |
| 08/12/2021 | 3 | | $150,000 PSB Bond Entered as to Nicholas Carl Ramirez Approved by Magistrate Judge William Matthewman. *Please see bond image for conditions of release.* (kza) (Additional attachment(s) added on 8/13/2021: # 1 Restricted Bond with 7th Page) (kza). (Entered: 08/13/2021) |
| | | | *Main Document* |
| | | | Attachment # 1 *Restricted Bond with 7th Page (Not Attached)* |
| 08/12/2021 | 4 | | WAIVER of Rule 5 and 5.1 Hearings by Nicholas Carl Ramirez (kza) (Entered: 08/18/2021) |
| 08/12/2021 | 6 | | ORDER OF REMOVAL ISSUED to District of Florida Northern as to Nicholas Carl Ramirez. Closing Case for Defendant. Signed by Magistrate Judge William Matthewman on 8/12/2021. *See attached document for full details.* (kza) |

|  |  |  |  |
|---|---|---|---|
|  |  |  | (Entered: 08/18/2021) |
| 08/18/2021 | 5 |  | NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD: William James Cone, Jr appearing for Nicholas Carl Ramirez (kza) (Entered: 08/18/2021) |

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Diana Margarita Acosta (caseview.ecf@usdoj.gov,
diana.acosta@usdoj.gov, gabrielle.brennan-bella@usdoj.gov, jessica.mazari2@usdoj.gov,
usafls-brdkt@usdoj.gov, usafls-hqdkt@usdoj.gov), Magistrate Judge William Matthewman
(matthewman@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:21371302@flsd.uscourts.gov
Subject:Activity in Case 2:21-mj-00058-WM USA v. Ramirez Magistrate Removal In
Content-Type: text/html
```

# U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 8/12/2021 at 7:20 PM EDT and filed on 8/12/2021

| | |
|---|---|
| **Case Name:** | USA v. Ramirez |
| **Case Number:** | 2:21–mj–00058–WM |
| **Filer:** | |
| **Document Number:** | 1(No document attached) |

**Docket Text:**
**Magistrate Removal of Indictment from Florida Northern Case number in the other District 4:21–cr–36–ACW as to Nicholas Carl Ramirez (1). (kza)**

**2:21–mj–00058–WM–1 Notice has been electronically mailed to:**

Diana Margarita Acosta &nbsp &nbsp diana.acosta@usdoj.gov, CaseView.ECF@usdoj.gov, gabrielle.brennan–bella@usdoj.gov, Jessica.Mazari2@usdoj.gov, USAFLS–BRDKT@usdoj.gov, usafls–hqdkt@usdoj.gov

**2:21–mj–00058–WM–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Diana Margarita Acosta (caseview.ecf@usdoj.gov,
diana.acosta@usdoj.gov, gabrielle.brennan-bella@usdoj.gov, jessica.mazari2@usdoj.gov,
usafls-brdkt@usdoj.gov, usafls-hqdkt@usdoj.gov), William James Cone, Jr
(billcone22@aol.com), Magistrate Judge William Matthewman (matthewman@flsd.uscourts.gov)
--Non Case Participants: Federal Public Defender (fls_ecf@fd.org)
--No Notice Sent:

Message-Id:21371319@flsd.uscourts.gov
Subject:Activity in Case 2:21-mj-00058-WM USA v. Ramirez
Content-Type: text/html
```

# U.S. District Court

## Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 8/12/2021 at 7:34 PM EDT and filed on 8/12/2021

| | |
|---|---|
| **Case Name:** | USA v. Ramirez |
| **Case Number:** | 2:21–mj–00058–WM |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
**PAPERLESS Minute Order for proceedings held before Magistrate Judge William Matthewman: The Hearing was held by Zoom video conference with all parties. Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Nicholas Carl Ramirez held on 8/12/2021. The Court advised the defendant of the charges, possible maximum penalties and his rights. William Cone will file a Notice of Permanent Appearance. The Defendant waived his physical appearance in the courtroom and appeared by video from the Fort Pierce U.S. Marshal's cell block. The Court found the hearing cannot be further delayed without serious harm to the interests of justice due to the Covid–19 pandemic, the Cares Act and Chief Judge's Administrative Orders. The Court approved defendant's waiver of presence and found the Defendant's consent to appear by video knowing and voluntary. Date of Surrender: 8/12/2021. Bond Hearing as to Nicholas Carl Ramirez held on 8/12/2021. Bond set at $150,000 PSB, to be cosigned by Defendant's father, Brandon Mosley. The Defendant waived the Removal Hearing. Waiver form to be executed by Defendant's attorney with Defendant express permission. Order of Removal to be signed by the Court. Total time in court: 27 minutes. Attorney Appearance(s): AUSA Diana Margarita Acosta, William Cone. Attorney added: William James Cone, Jr for Nicholas Carl Ramirez. (Digital 11:14:19/12:30:45) Signed by Magistrate Judge William Matthewman on 8/12/2021. (kza)**


**2:21–mj–00058–WM–1 Notice has been electronically mailed to:**

Diana Margarita Acosta &nbsp &nbsp diana.acosta@usdoj.gov, CaseView.ECF@usdoj.gov, gabrielle.brennan–bella@usdoj.gov, Jessica.Mazari2@usdoj.gov, USAFLS–BRDKT@usdoj.gov, usafls–hqdkt@usdoj.gov

William James Cone , Jr &nbsp &nbsp billcone22@aol.com

**2:21−mj−00058−WM−1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

(Revised 03/2020)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: _____

CASE NO.: 21-58-WM

UNITED STATES OF AMERICA:

    Plaintiff,

v.                                                                            USM # : _____

NICHOLAS CARL RAMIREZ

    Defendant,

_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of
$ _150,000 PSB_

### STANDARD CONDITIONS OF BOND

**The conditions of this bond are that the defendant:**

    1. Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

    2. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

    3. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

    4. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

    5. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

DEFENDANT: NICHOLAS CARL RAMIREZ
CASE NUMBER: 21-58-WM
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

☒ a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

☒ b. Report to Pretrial Services as follows: (☒ as directed or ___ time(s) a week in person and ___ time(s) a week by telephone;

☒ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ d. Refrain from ___ excessive OR ___ abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

___ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

☒ f. Employment restriction(s): __NO ACCESS TO PERSONAL IDENTIFYING INFORMATION__

☒ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

___ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

___ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

☒ k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

___ l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

___ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.;

___ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

8

DEFENDANT: NICHOLAS CARL RAMIREZ
CASE NUMBER: 21-58-WM
PAGE THREE

__ o. **LOCATION MONITORING PROGRAM:** The defendant shall be monitored by the form of location monitoring and shall abide by all technology requirements as noted below, as well as contribute to the costs of services rendered based on ( ) ability to pay as determined by the U.S. Probation Officer – or – ( ) paid by U.S. Probation;

__ Location monitoring technology at the discretion of the officer

__ Radio Frequency (RF) monitoring (Electronic Monitoring)

__ Active GPS Monitoring

__ Voice Recognition

__ Curfew: You are restricted to your residence every day from_____ to_____, or as directed by the supervising officer.

**OR**

__ Home Detention: You are restricted to your residence at all times except for:
- ( ) medical
- ( ) substance abuse or mental health treatment
- ( ) court appearances
- ( ) attorney visits or court ordered obligations
- ( ) religious services
- ( ) employment
- ( ) other activities as pre-approved by the supervising officer

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by ( )Pretrial Services or ( ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:
- ( ) employment
- ( ) education
- ( ) religious services
- ( ) medical, substance abuse, or mental health treatment
- ( ) attorney visits
- ( ) court appearances
- ( ) court ordered obligations
- ( ) reporting to Pretrial Services
- ( ) other _____

__ q. Third-Party Custody: _____will serve as a third party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

— r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

9

DEFENDANT: NICHOLAS CARL RAMIREZ
CASE NUMBER: 21-58-WM
PAGE FOUR

__ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

__ t. Additional Sex Offense Conditions For Defendants Charged or Convicted of a Sexual Offense:
   1. ( ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
   2. ( ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
   3. ( ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
   4. ( ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
   5. ( ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
   6. ( ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
   7. ( ) The defendant shall not be involved in any children's or youth organizations.
   8. ( ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
   9. ( ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

X u. May travel to and from: _SDFL & NDFL - FOR COURT APPEARANCE_, and must notify Pretrial Services of travel plans before leaving and upon return.

X v. Comply with the following additional conditions of bond: _RESIDENCE RESTRICTION; DEFENDANT TO APPEAR IN NDFL TALLAHASSEE ON WEDNESDAY AUGUST 18, 2021 AT 2PM_

DEFENDANT: NICHOLAS CARL RAMIREZ
CASE NUMBER: 21-58-WM
PAGE FIVE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: NICHOLAS CARL RAMIREZ
CASE NUMBER: 21-58-WM
PAGE SIX

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

**DEFENDANT** FORT PIERCE

Signed this 12th day of August, 20 21 at ~~West Palm~~ Beach, Florida

Signed and acknowledged before me:
WITNESS: _____

DEFENDANT: (Signature) _____
Fort Pierce           FL
City                  State

City          State

**CORPORATE SURETY**

Signed this ___ day of _____, 20 ___ at _____, Florida
SURETY: _____
AGENT: (Signature) _____
PRINT NAME: _____

City          State

**INDIVIDUAL SURETIES**

Signed this 12TH day of AUGUST, 2021 at FT PIERCE, Florida
SURETY: (Signature) _____
PRINT NAME: Brandon Mosley
RELATIONSHIP TO DEFENDANT: Father
Port St Lucie     Fl
City              State

Signed this ___ day of _____, 20 ___ at _____, Florida
SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____

City          State

Signed this ___ day of _____, 20 ___ at _____, Florida
SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____

City          State

Signed this ___ day of _____, 20 ___ at _____, Florida
SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____

City          State

**APPROVAL BY THE COURT**

Date: August 12, 2021

William Matthewman
UNITED STATES MAGISTRATE JUDGE

Case 2:21-mj-00058-WM Case 1:21-mj-00058-WM Document 7 Entered on FLSD Docket 08/12/2021 Page 1 of Page 13 of 16

FILED BY KJZ D.C.

Aug 12, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) Case No. 21-58-WM |
| NICHOLAS CARL RAMIREZ | ) |
| Defendant | ) Charging District's Case No. 21-CR-36 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* FLORIDA NORTHERN

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X] an identity hearing and production of the warrant.

[ ] a preliminary hearing.

[ ] a detention hearing.

[ ] an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
[ ] preliminary hearing and/or [ ] detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: AUGUST 12, 2021

_____
Defendant's signature

_____
Signature of defendant's attorney

WILLIAM S. CONE JR
Printed name of defendant's attorney

13

FILED BY **KJZ** D.C.

**Aug 18, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **21-58-WM**

UNITED STATES OF AMERICA,
   Plaintiff,

v.

**Nicholas Carl Ramirez**
   Defendant.
_____/

**NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

COMES NOW **Nicholas Carl Ramirez**, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: **8/16/21**

Attorney: **William J. Cone Jr**
Address: **600 S. Andrews Ave Suite 407**
City **Ft. Lauderdale** State **Fl** Zip Code **33301**
Telephone **(954) 764-0570**
Florida Bar Number: **321516**

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

14

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. **21-58-WM**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

**NICHOLAS CARL RAMIREZ**

      Defendant.

_____/



FILED BY _____ D.C.

AUG 12 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER OF REMOVAL

A(n)   ____ Complaint
      **X** Indictment
      ____ Information
      ____ Probation Violation Warrant
      ____ Bench Warrant

having been filed in the **NORTHERN** District of **FLORIDA** charging the above named defendant with **18:1349** and the defendant having

      **X** surrendered
      ____ been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

      **X** waived further hearing
      ____ been given a hearing in accordance
      with **Fed.R.Crim.P. 40**

and having posted the bail as set by the Court, it is thereupon

**ORDERED AND ADJUDGED** as follows:

    1. The defendant is held to answer in the District in which

the charge is outstanding and shall appear before the District Court thereof at such time and place as may be ordered; and

    2. **<u>All funds</u>** and **<u>documents</u>** filed with the Clerk of court in this case shall be **<u>transferred</u>** to the District where the charge is outstanding.

**DONE AND ORDERED** at West Palm Beach, Florida this _12TH_ day of _AUGUST_, 2021.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE